**Electronically Filed**
**Supreme Court**
**SCWC-30402**
**13-FEB-2012**
**11:28 AM**

SCWC-30402

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

JOHN E. ROBINS,
Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAIʻI ,
Respondent/Respondent-Appellee.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30402; S.P.P. NO. 08-1-0014 (CR. NO. 02-1-0671))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, Duffy, McKenna, JJ.)

Petitioner/Petitioner-Appellant John E. Robins's

Application for Writ of Certiorari filed on January 9, 2012, is

hereby rejected.

DATED: Honolulu, Hawaiʻi, February 13, 2012.

| | |
|---|---|
| Keith S. Shigetomi, on the application for Petitioner/Petitioner-Appellant. | /s/ Mark E. Recktenwald |
| | /s/ Paula A. Nakayama |
| | /s/ Simeon R. Acoba, Jr. |
| | /s/ James E. Duffy, Jr. |
| | /s/ Sabrina S. McKenna |

